IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN EDWARD PREVOST, II
ADC #144749                                                                                    PLAINTIFF

v.                                    4:12-cv-00529-KGB-JJV

KENNY DUNHAM, Assistant Jail
Administrator, Van Buren County Jail                                                           DEFENDANT

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Complaint (Dkt. No. 1) is DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 13 day of December, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE